Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNARD QUINN, MARTHA SOOS and ROSANNA BURTAMEKH, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>TATE AND KIRLIN ASSOCIATES, INC.; BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 2:21-cv-000768-CCC-ESK<br><br>**CIVIL ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Please take notice that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff in the above captioned matter hereby voluntarily dismisses this action with prejudice. Defendant in the above captioned matter has not served an answer or a motion for summary judgment as of this time.

*/s Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff

Dated: June 24, 2021

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  6/25/2021